**E. B. CARPENTER** and **LOUISE ZINKHAM CARPENTER,** as Trustees of the Associated Realty Corporation, a dissolved Florida corporation, v. **N. B. T. RONEY, T. J. BLACKWELL** and **LILLIAN MOSELEY,** individually and as co-partners doing business under the firm name and style of the Royal Realty Company.

10 So. (2nd) 138                                    Division A

October 23, 1942

Paul H. Brinson, for appellants.

Loftin, Calkins, Anderson & Scott, for Appellee, N. B. T. Roney; Blackwell & Walker, for Appellee, T. J. Blackwell; appellees.

PER CURIAM:

This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the circuit court be, and the same is hereby affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD, and ADAMS, JJ., concur.